**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| CHAMBERS OF | MARTIN LUTHER KING |
|---|---|
| ESTHER SALAS | COURTHOUSE |
| UNITED STATES DISTRICT JUDGE | 50 WALNUT ST. |
| | ROOM 5076 |
| | NEWARK, NJ 07101 |
| | 973-297-4887 |

August 17, 2012

**LETTER ORDER**

    **Re:**    ***Peter Innes, et al. v. St. Paul Fire and Marine Insurance Co., et al.***
              **Civil Action No. 12-234 (ES)**

Dear Counsel:

    Before the Court is a motion to remand filed by Plaintiffs Victoria Solenne Innes and Peter Innes, Ms. Solenne Innes's Guardian (collectively, "Plaintiffs"). (*See* Docket Entry No. 9). Plaintiffs seek to have this matter remanded to the Superior Court of New Jersey, Law Division, Bergen County, where Plaintiffs originally filed their Complaint. (*See* Pl. Moving Br. at 1).

    On August 2, 2012, Magistrate Judge Cathy Waldor issued a thorough and thoughtful Report and Recommendation recommending that this Court deny Plaintiffs' motion to remand. (*See* Docket Entry No. 22). Magistrate Judge Waldor advised the parties that they had fourteen days to file and serve any objections to the Report and Recommendation pursuant to Local Civil Rule 72.1(c)(2). No objections have been filed in response thereto.

    Notwithstanding the lack of objections, the Court has considered the parties' submissions in support of and in opposition to Plaintiffs' motion, as well as Judge Waldor's Report and Recommendation, and for the reasons stated therein,

    IT IS on this 17th day of August 2012,

    ORDERED that this Court adopts Judge Waldor's August 2, 2012 Report and Recommendation in full, and thus denies Plaintiffs' motion to remand; and it is further

    ORDERED that the Clerk of Court shall terminate Docket Entry Nos. 9 and 22.

    **SO ORDERED**.

                                                        *s/Esther Salas*
                                                       **Esther Salas, U.S.D.J.**